# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 6, 2013

147857(75)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ZAREMBA EQUIPMENT, INC.,
      Plaintiff-Appellee/
      Cross-Appellant,

v

SC: 147857
COA: 298221
Otsego CC: 04-010930-CK

HARCO NATIONAL INSURANCE
COMPANY and PATRICK MUSALL,
      Defendants-Appellants/
      Cross-Appellees.
_____/

      On order of the Chief Justice, the motion of defendants-appellants/cross-appellees to extend the time to file their response to the application for leave to appeal as cross-appellant is GRANTED. The response will be accepted as timely filed if received on or before December 30, 2013.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 6, 2013



Clerk